# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOHN E. PRIMES & TINA M. PRIMES  
2311 DELCY DRIVE  
ROCKFORD, IL  61107  

SSN-xxx-xx-3649 & xxx-xx-3347

Case Number: 04-73333

Case filed on: 7/1/2004  
Plan Confirmed on: 9/10/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $34,704.11    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
|  | Total Legal | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| 999 | JOHN E. PRIMES | 0.00 | 0.00 | 2,559.57 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,559.57 | 0.00 |
| 001 | BLACKHAWK STATE BANK | 5,943.85 | 5,943.85 | 5,943.85 | 323.52 |
| 002 | COUNTRYWIDE HOME LOANS | 3,896.94 | 3,896.94 | 3,896.94 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS | 700.00 | 490.14 | 490.14 | 0.00 |
| 003 | KIRBY VACCUM | 300.00 | 300.00 | 300.00 | 10.87 |
|  | Total Secured | 10,840.79 | 10,630.93 | 10,630.93 | 334.39 |
| 003 | KIRBY VACCUM | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMCORE BANK NA | 1,370.12 | 1,370.12 | 1,370.12 | 127.02 |
| 005 | AMERITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AUBURN ANIMAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CASH IN THE NICK OF TIME | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CERTEGY PAYMENT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIT FIRST NA | 510.72 | 510.72 | 510.72 | 47.27 |
| 014 | CREDITORS PROTECTION SERVICE, INC | 928.88 | 928.88 | 928.88 | 86.12 |
| 015 | EMERGE MASTERCARD GOLD | 2,091.97 | 2,091.97 | 2,091.97 | 193.76 |
| 016 | FEATHERSTONE CLINIC | 390.40 | 0.00 | 0.00 | 0.00 |
| 017 | HHM EMERGENCY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROUNDUP FUNDING LLC | 1,554.51 | 1,554.51 | 1,554.51 | 144.01 |
| 019 | MUTUAL MANAGEMENT SERVICES | 998.93 | 998.93 | 998.93 | 92.58 |
| 020 | NICOR GAS | 2,045.78 | 2,045.78 | 2,045.78 | 189.58 |
| 021 | B-FIRST LLC | 1,370.27 | 1,370.27 | 1,370.27 | 127.03 |
| 022 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD HEALTH SYSTEMS/ | 416.30 | 416.30 | 416.30 | 38.61 |
| 024 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD MERCANTILE AGENCY INC | 3,504.84 | 3,504.84 | 3,504.84 | 324.66 |
| 026 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | WORLD FINANCIAL NETWORK NATIONAL BANK | 547.38 | 547.38 | 547.38 | 50.62 |
| 028 | WORLD FINANCIAL NETWORK NATIONAL BANK | 242.50 | 242.50 | 242.50 | 9.98 |
| 029 | MUTUAL MANAGEMENT SERVICES | 72.38 | 72.38 | 72.38 | 6.76 |
| 030 | SBC CORPORATION | 396.58 | 396.58 | 396.58 | 36.72 |
| 031 | CHECK IT | 47.58 | 47.58 | 47.58 | 4.32 |
|  | Total Unsecured | 16,489.14 | 16,098.74 | 16,098.74 | 1,479.04 |
|  | Grand Total: | 28,829.93 | 28,229.67 | 30,789.24 | 1,813.43 |

Total Paid Claimant:       $32,602.67  
Trustee Allowance:         $2,101.44  
Percent Paid Unsecured:        100.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007                    By  /s/Heather M. Fagan